Maria Del Rosario Zanudo BO-JORQUEZ; Miguel Maldonado Hernandez, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–73158.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2011.

Filed Jan. 25, 2011.

Brenda Carolina Diaz, Esquire, Phung Miyamoto & Diaz, LLP, Los Angeles, CA, for Petitioners.

OIL, Jane Tracey Schaffner, DOJ–U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of The District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of The District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM *

Maria Del Rosario Zanudo Bojorquez and Miguel Maldonado Hernandez, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immi-

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

gration judge's ("IJ") decision denying their motion for a continuance. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion for a continuance, *Karapetyan v. Mukasey*, 543 F.3d 1118, 1129 (9th Cir. 2008), and de novo questions of law, *Ram v. INS*, 243 F.3d 510, 516 (9th Cir.2001). We deny the petition for review.

The IJ did not abuse his discretion in denying petitioners' motion for a continuance where they failed to show good cause. *See* 8 C.F.R. § 1003.29; *Karapetyan*, 543 F.3d at 1129. It follows that petitioners' due process claim fails. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error and prejudice for a petitioner to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.